FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 FEB 21 P 2:56

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAN McCALL, *

    Plaintiff, *

v.     *    Civil Action No. L:13-cv-03203-MJG

NATIONAL SECURITY AGENCY and *
DEPARTMENT OF HOMELAND SECURITY,
         *

    Defendants.
         *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF DISMISSAL

Based on defendants' agreement to the attached settlement agreement, under which they will send letters to Zazzle acknowledging their error in demanding the removal of plaintiff's designs and acknowledging as well that the statutes cited in their original takedown letters do not forbid the use of agency seals for the purpose of commentary, plaintiff hereby dismisses this action with prejudice.

                                     /s/ Paul Alan Levy
                                     Paul Alan Levy (pro hac vice)
                                     Scott L. Nelson (pro hac vice)

                                     Public Citizen Litigation Group
                                     1600 20th Street NW
                                     Washington, D.C. 20009
                                     Tel: (202) 588-1000
                                     Fax: (202) 588-7795
                                     plevy@citizen.org

                                     /s/ Ezra S. Gollogly
                                     Ezra S. Gollogly (Fed. Bar No. 28088)

                                     Kramon & Graham, P.A.
                                     One South Street, Suite 2600
                                     Baltimore, Maryland 21202

Tel: (410) 752-6030
Fax: (410) 539-1269
egollogly@kg-law.com

Attorneys for Plaintiffs

February 18, 2014

SO ORDERED, on Friday, February 21, 2014.

/s/
Marvin J. Garbis
United States District Judge